Marine Trust Company of Buffalo, Executor of Estate of Julia T. Sherman, Deceased, Appellee, v. Frank G. Reynolds et al., Successor Trustees under Last Will and Testament of William D. Boyce, Deceased, et al. (Defendants).

Appeal of Frank G. Reynolds, Individually and as Successor Trustee under last Will and Testament of William D. Boyce, Deceased, et al., Appellants.

Gen. No. 41,248.

opinion filed February 26, 1941; rehearing denied March 10, 1941. West & Eckhart and Harold L. Richolson, for appellants; Roy O. West and Samuel B. Kraus, of counsel; Urion, Bishop & Sladkey, for appellee; Howard F. Bishop, Jerome J. Sladkey and Robert F. Dewey, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''

* See Callaghan's Illinois Digest, same topic and section number.